

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00898-CR

Adrian Justino **SOTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4647
Honorable Jennifer Pena, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment of conviction is AFFIRMED.

SIGNED May 26, 2021.

Luz Elena D. Chapa, Justice

---

[1] The Honorable Sid Harle, Presiding Judge of the Fourth Administrative Judicial Region, heard and ruled on the motion to suppress. The Honorable Jennifer Pena presided over the plea proceedings and signed the judgment.